## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARRY E. KIRBY II,                          :
                                            :
                  Plaintiff                 :
                                            :
       v.                                   :        CIVIL ACTION 10-3425
                                            :
MICHAEL J. ASTRUE,                          :
COMMISSIONER OF THE                         :        **FILED**
SOCIAL SECURITY ADMINISTRATION              :
                                            :        JUL 11 2011
                  Defendant                 :
                                            :        MICHAEL E. KUNZ, Clerk
                                                     By_____ Dep. Clerk

### ORDER

AND NOW, this *11* day of *July* , 2011, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, and Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS ORDERED that:

1.   the Report and Recommendation is APPROVED and ADOPTED; and

2.   Plaintiff's Request for Review is GRANTED.

3.   this matter is REMANDED to the Commissioner of Social Security for further consideration.

BY THE COURT:

_____
Thomas N. O'Neill, J.